IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ARTHUR MARR, SR.,<br><br>    Defendant. | **8:25CR41**<br><br>**ORDER** |

  This matter is before the court on the Unopposed Motion to Continue Trial (Filing No. 18). Counsel needs additional time to negotiate a resolution that eliminates the need for a trial. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [18] is granted, as follows:

1. The jury trial, now set for April 22, 2025, is continued to June 9, 2025.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 9, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

Dated this 2nd day of April, 2025.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge